KARLA E. PAINTER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone:    (406) 542-8851
FAX:      (406) 542-1476
E-mail:   Karla.Painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21- 51 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | THEFT OF MAIL BY OFFICER OR EMPLOYEE |
| LASSANA DIABY, | Title 18 U.S.C. § 1709 |
| Defendant. | (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

That beginning in approximately March 1, 2021, and continuing until approximately July 31, 2021, at Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, LASSANA DIABY, a

1

United States Postal Service employee, did remove and steal cash and gift cards contained within a greeting card, which had come into the defendant's possession to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, in violation of 18 U.S.C. § 1709.

    A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney