IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LASSANA DIABY,<br><br>Defendant. | CR 21-51-M-DLC<br><br>ORDER |

I hereby recuse myself from this matter. Accordingly,

IT IS ORDERED that Defendant's initial appearance and arraignment are rescheduled for November 29, 2021, at 3:30 p.m in front of United States Magistrate Judge John Johnston.

DATED this 29th day of November, 2021

Kathleen L. DeSoto
United States Magistrate Judge